# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SKELL, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAVID FUTRELL, an individual;<br>DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-06239-ODW (PLAx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Whereas Plaintiff, Skell, Inc. ("Plaintiff") and Defendant David Futrell ("Defendant") have stipulated to entry of the following Judgment and Permanent Injunction and have agreed to a compromise and settlement of this action and all claims, defenses, and counterclaims that were or could have been raised herein:

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED THAT:

1. The Court enters Judgment on the Complaint in favor of Plaintiff and against Defendant and enters a permanent injunction as follows:

Defendant and his respective agents, servants, employees and attorneys, and all persons in active concert and participation with him are hereby permanently enjoined from:

    A.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing any of the following trademarks: (1) BUG-A-SALT, (U.S. Trademark Registration Nos. 4353779 and 4202717); FIRE YOUR FLY SWATTER (U.S. Trademark Registration No. 4350005); A KILLER COMPANY (U.S. Trademark Registration No. 4351333); THE ORIGINAL SALT GUN (U.S. Trademark Registration No. 4423289); MR. PINCH (U.S. Trademark Registration No. 4353776); an image of Mr. Pinch (U.S. Trademark Registration No. 4353778); PITY THE FLY along with an image of a fly in crosshairs (U.S. Trademark Registration No. 4612446) (collectively the "Skell Marks");

    B.    using the Skell Marks in connection with the sale of any unauthorized goods;

    C.    using any reproduction, counterfeit, copy, or colorable imitation of the Skell Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendant;

2.     Plaintiff shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof.   The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

3.     Except as expressly set forth above, Plaintiff shall take nothing by way of the Complaint, and all claims in the Complaint are dismissed with prejudice.

4.     The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

5.     This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Final Judgment and the Settlement Agreement between the parties.

Dated: October 13, 2017     _____

Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE